MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00827 LHK |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ZHIQIANG ZHANG, a/k/a Michael Zhang, | |
| Defendant. | SAN JOSE VENUE |

    The undersigned parties respectfully request that the status hearing currently scheduled for January 11, 2012 be continued to February 15, 2012. The reason for the continuance is that the defense has served three subpoenas on the defendant's former employer, CSR Technology (formerly SiRF Technology). CSR is working with the defense to comply with one of the subpoenas and has moved to quash a subpoena for personnel records of CSR employees. On January 5, 2012, the Honorable Howard R. Lloyd held a hearing on CSR's motion to quash, and took the matter under submission. CSR anticipates providing information responsive to the second subpoena by late January or early February. In addition, on January 9, 2012, the defense served a third subpoena CSR, and CSR and the defense have arranged to meet and confer later this week. Furthermore, the government has additional discovery to provide to the defense. The

parties also jointly request an exclusion of time under the Speedy Trial Act from January 11, 2012 through February 15, 2012.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for continuity and effective preparation of counsel.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The parties also stipulate and agree that an exclusion of time is appropriate because the case is complex due to the nature of the charges.  18 U.S.C. § 3161(h)(7)(B)(ii).

SO STIPULATED:	MELINDA HAAG
	United States Attorney

DATED: 1/10/12	_____/s/_____
	SUSAN KNIGHT
	Assistant United States Attorney

DATED: 1/10/12	_____/s/_____
	THOMAS J. NOLAN
	SHIRA KIEVAL
	Counsel for Mr. Zhang

### **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status appearance in <u>United States v. Zhang</u>, CR 10-00827 LHK, scheduled for January 11, 2012 is continued to February 15, 2012 at 10:00 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from January 11, 2012 through February 15, 2012.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The Court also finds due to the complicated nature of the charges, time shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

SO ORDERED.

DATED: 1/10/12	_____
	LUCY H. KOH
	United States District Judge