| | |
|---|---|
| 1 | JON MICHAELSON (SBN 83815) |
| 2 | Email: jon.michaelson@klgates.com |
| | MICHAEL R. HAVEN (SBN 208721) |
| 3 | Email: mike.haven@klgates.com |
| | PATRICK S. SALCEDA (SBN 247978) |
| 4 | Email: patrick.salceda@klgates.com |
| | K&L GATES LLP |
| 5 | 630 Hansen Way |
| | Palo Alto, CA 94304 |
| 6 | Telephone: (650) 798-6700 |
| | Facsimile: (650) 798-6701 |

** E-filed February 10, 2012 **

Attorneys for Third Party
CSR TECHNOLOGY, INC.
(fka SIRF TECHNOLOGY, INC.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES, | Case No.: CR 10-00827-LHK (HRL) |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER RE: LODGING OF DOCUMENTS PURSUANT TO THE COURT'S JANUARY 23, 2012 ORDER** |
| ZHIQIANG ZHANG, A/K/A MICHAEL ZHANG, ET AL., | |
| Defendants. | |

| | |
|---|---|
| 1 | Defendant ZHIQIANG ZHANG, A/K/A MICHAEL ZHANG ("Zhang"), by and through his |
| 2 | counsel; and third party CSR TECHNOLOGY, INC. (formerly known as SiRF Technology, Inc.) |
| 3 | (hereinafter "CSR"), by and through its counsel (collectively the "Parties"), stipulate and agree as |
| 4 | follows: |

Defendant ZHIQIANG ZHANG, A/K/A MICHAEL ZHANG ("Zhang"), by and through his counsel; and third party CSR TECHNOLOGY, INC. (formerly known as SiRF Technology, Inc.) (hereinafter "CSR"), by and through its counsel (collectively the "Parties"), stipulate and agree as follows:

WHEREAS, on September 14, 2011, this Court granted Zhang's ex parte issuance of a subpoena duces tecum seeking the personnel files of 15 current or former employees of third party CSR and one unknown individual (the "Subpoena");

WHEREAS, on October 14, 2011, CSR moved to quash the Subpoena on grounds that the individuals' right to privacy outweighed any relevance and that compliance with the Subpoena would be unduly burdensome and oppressive;

WHEREAS, on January 5, 2012, a hearing on CSR's motion to quash was held, at which time this Court took the matter under submission;

WHEREAS, on January 23, 2012, this Court ordered that "CSR shall, within 14 days, produce the subpoenaed materials about Zhang's two co-defendants, Xiaodong Liang and Yanmin Li;"

WHEREAS, the Court recognized in its January 23, 2012 order that "Java Edison" was included by mistake in the Subpoena;

WHEREAS, the Court also ordered that "CSR shall lodge the information sought for the remaining 13 individuals with the court under seal;"

WHEREAS, CSR is unclear whether the Court's January 23, 2012 order requires it to lodge documents relative to the "remaining 13 individuals" within the same 14-day timeframe set for the production of materials relative to co-defendants Xiaodong Liang and Yanmin Li;

WHEREAS, CSR needs and respectfully requests additional time to locate and lodge the documents relative to the "remaining 13 individuals;"

WHEREAS, Zhang does not oppose or object to CSR's request for additional time to lodge with the Court the requested documents relative to the "remaining 13 individuals;"

NOW, THEREFORE, the Parties stipulate, agree, and respectfully request that the Court order CSR to lodge the materials requested in the Subpoena relative to the "remaining 13 individuals" no later than February 27, 2012.

SO STIPULATED.

Dated: February 2, 2012  K&L GATES LLP

By _____/s/_____
Michael R. Haven
Attorneys for Third Party
CSR TECHNOLOGY, INC.

Dated: February 2, 2012  NOLAN, ARMSTRONG & BARTON LLP

By _____/s/_____
Thomas J. Nolan
Attorneys for Defendant
ZHIQUIANG ZHANG,
A/K/A MICHAEL ZHANG

CSR shall lodge with the Court under seal the documents relative to the 13 non-party individuals listed in the Subpoena issued in this matter on September 14, 2011, pursuant to this Court's January 23, 2012 Order, no later than February 27, 2012.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 10, 2012   _____
HON. HOWARD R. LLOYD
United States Magistrate Judge

2
STIPULATION AND [PROPOSED] ORDER RE: LODGING OF DOCUMENTS
CR 10-00827-LHK (HRL)

## ATTESTATION

I, Michael R. Haven, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that counsel for Defendant Zhiqiang Zhang, a/k/a Michael Zhang has concurred in this filing.

Dated: February 2, 2012

_/s/_
Michael R. Haven

PL-62596 v1