MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Fax: (408) 535-5066
E-Mail: Susan.Knight@usdoj.gov

Attorneys for Plaintiff

FILED
JUL 10 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00827 LHK |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| ZHIQIANG ZHANG, a/k/a Michael Zhang, and YANMIN LI, | |
| Defendants. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Count Four and the accompanying forfeiture allegation of the above-captioned Indictment, which charges the defendants with Foreign Transportation of Stolen Property, in violation of Title 18, United States

//
//
//
//
NOTICE OF DISMISSAL
CR 10-00827 LHK

Code, Sections 2314 and 2 with prejudice.

DATED: July 3, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ Miranda Kane

MIRANDA KANE
Chief, Criminal Division

## ORDER

Leave is granted to the government to dismiss Count Four and the accompanying forfeiture allegation in the above-captioned Indictment, which charges the defendants with Foreign Transportation of Stolen Property, in violation of Title 18, United States Code, Sections 2314 and 2.

Date: 7/9/12

/s/ Lucy H. Koh

LUCY H. KOH
United States District Judge