MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00827 LHK |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ZHIQIANG ZHANG, a/k/a Michael Zhang, | SAN JOSE VENUE |
| Defendant. | |

The undersigned parties respectfully request that the status hearing currently scheduled
for October 10, 2012 be continued to November 7, 2012.  On October 4, 2012, the parties
participated in a court ordered settlement conference with the Honorable Ronald M. Whyte.  As a
result of the conference, the parties need to obtain additional information, and are meeting on
October 16, 2012 to discuss the case.  In addition, the parties are meeting with Judge Whyte
during the week of October 29, 2012 to further explore a settlement.  Therefore, the parties
request that the hearing be continued to November 7, 2012.  In addition, the parties request an
exclusion of time under the Speedy Trial Act.  The parties agree and stipulate that an exclusion
of time is appropriate based on the defendant's need for effective preparation of counsel.  18
U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  Furthermore, the parties stipulate and agree that an

exclusion of time is appropriate because the case is complex due to the nature of the charges. 18 U.S.C. § 3161(h)(7)(B)(ii).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: 10/5/12                _____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

DATED: 10/5/12                _____/s/_____
THOMAS J. NOLAN
SHIRA KIEVAL
Counsel for Mr. Zhang

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status appearance in United States v. Zhang, CR 10-00827 LHK, scheduled for October 10, 2012 is continued to November 7, 2012 at 10:00 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from October 10, 2012 through November 7, 2012. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court also finds due to the complicated nature of the charges, time shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

SO ORDERED.

DATED: October 9, 2012            _____
LUCY H. KOH
United States District Judge